UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 4:07CV01588 RWS |
| ) | |
| FIVE THOUSAND, FORTY DOLLARS ) | |
| ($5,040.00) U.S. Property, ) | |
| ) | |
| SIXTEEN THOUSAND, ONE HUNDRED ) | |
| NINETY-THREE DOLLARS ($16,193.00) ) | |
| U.S. Property, ) | |
| ) | |
| ONE 1969 CHEVROLET CHEVELLE SS, ) | |
| VIN 136679K395488, WITH ALL ) | |
| APPURTENANCES AND ATTACHMENTS ) | |
| THEREON, and ) | |
| ) | |
| NINE ASSORTED PIECES OF ELECTRONIC ) | |
| EQUIPMENT, ) | |
| ) | |
| Defendants. ) | |

## DEFAULT JUDGMENT OF FORFEITURE

Plaintiff, United States of America has moved this Court, pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, for entry of Final Judgment by Default. Plaintiff has shown that there was reasonable cause for seizure of the defendant property, that a complaint for forfeiture was filed, that the claimants, Gregory and Shannon Dixson, were served with process through their attorney, and that any and all other potential claimants have been served by publication. BG Auto Sales filed a claim to the defendant vehicle, one 1969 Chevrolet Chevelle SS Convertible, VIN 136679K395488. The Government and BG Auto Sales have entered into a Settlement

Agreement wherein the United States of America agreed to release the defendant vehicle to BG Auto Sales. The clerk of the Court has entered a default in this action. Therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED:

(1) That a judgment by default is hereby entered against the defendant property as to the interests of claimants Gregory and Shannon Dixson;

(2) That all persons claiming any right, title or interest in or to the defendant property are held in default;

(3) That the defendant vehicle is released to BG Auto Sales;

(4) That the remaining defendant property is hereby forfeited to the United States of America; and

(5) That the remaining defendant property be disposed of according to law.

IT IS FURTHER ORDERED, FOUND AND CERTIFIED:

(6) That, pursuant to Title 28, United States Code, Section 2465, reasonable cause existed for the seizure of the defendant property.

SO ORDERED:

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 14th day of December, 2007

2